IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO M. GARCIA, JR.,                         1:12-cv-00750-GSA (PC)

       Plaintiff,                                ORDER TO SUBMIT APPLICATION
                                TO PROCEED IN FORMA PAUPERIS
       vs.                                      OR PAY FILING FEE WITHIN 30 DAYS

MATTHEW M. JUAREZ, JR.,

       Defendant.
_____/

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on May 8, 2012.  (Doc. 1.)  On May 9, 2012, Plaintiff filed a Declaration in support of his application to proceed in forma pauperis, together with a certified copy of his trust account statement.  (Doc. 2.)  However, Plaintiff has not filed an Application to proceed in forma pauperis pauperis pursuant to 28 U.S.C. § 1915.

      Accordingly, IT IS HEREBY ORDERED that:

      Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached Application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action.

      **Plaintiff is not required to submit another copy of his trust account statement.**

      IT IS SO ORDERED.

    **Dated:   May 17, 2012**              _____/s/ **Gary S. Austin**_____
                                       UNITED STATES MAGISTRATE JUDGE