1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  ROBERTO M. GARCIA, JR.,                    1:12-cv-00750-GSA (PC)

11            Plaintiff,                       ORDER TO SUBMIT APPLICATION
                                               TO PROCEED IN FORMA PAUPERIS
12        vs.                                  OR PAY FILING FEE WITHIN 30 DAYS

13  MATTHEW M. JUAREZ, JR.,

14            Defendant.
    _____/
15

16        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

17  1983.  Plaintiff filed the Complaint commencing this action on May 8, 2012.  (Doc. 1.)  On May 9,

18  2012, Plaintiff filed a Declaration in support of his application to proceed in forma pauperis, together

19  with a certified copy of his trust account statement.  (Doc. 2.)  However, Plaintiff has not filed an

20  Application to proceed in forma pauperis pauperis pursuant to 28 U.S.C. § 1915.

21        Accordingly, IT IS HEREBY ORDERED that:

22        Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached

23  Application to proceed in forma pauperis, completed and signed, or in the alternative, pay the

24  $350.00 filing fee for this action.

25        **Plaintiff is not required to submit another copy of his trust account statement.**

26        IT IS SO ORDERED.

27      **Dated:   May 17, 2012**            _____/s/ **Gary S. Austin**_____
                                             UNITED STATES MAGISTRATE JUDGE
28