UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO M. GARCIA,<br><br>           Plaintiff,<br><br>     vs.<br><br>J. JUAREZ,<br><br>           Defendant. | 1:12-cv-00750-AWI-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION OF JUNE 14, 2013 (Doc. 10.)<br><br>ORDER DEEMING FIRST AMENDED COMPLAINT TIMELY FILED (Doc. 11.) |

Roberto M. Garcia ("Plaintiff") is a state prisoner proceeding pro se with this civil action.  Plaintiff filed the Complaint commencing this action on May 8, 2012.  (Doc. 1.)

On June 14, 2013, the court entered findings and recommendations, recommending that this action be dismissed for failure to state a claim, based on Plaintiff's failure to file a timely First Amended Complaint pursuant to the court's order of May 10, 2013.  (Doc. 10.)  Plaintiff was provided thirty days in which to file objections to the findings and recommendations.  Id. On June 14, 2013, Plaintiff filed the First Amended Complaint, which contained Plaintiff's signature dated June 6, 2013.  (Doc. 11.)  In light of the mailbox rule,[1] Plaintiff's First Amended Complaint shall be deemed timely filed, and the findings and recommendation shall be vacated.

---

[1] Under the mailbox rule of Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379 (1988), a pro se prisoner's court filing is deemed filed at the time the prisoner delivers it to prison authorities for forwarding to the court clerk.  Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir. 2009).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation, entered on June 14, 2013, are VACATED; and

2. Plaintiff's First Amended Complaint, filed on June 14, 2013, is deemed timely filed and shall be screened by the court in due time.

IT IS SO ORDERED.

Dated:  **June 24, 2013**                           **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE