UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO M. GARCIA, JR., <br><br>        Plaintiff, <br><br>    vs. <br><br> MATTHEW M. JUAREZ, JR., <br><br>        Defendant. | 1:12-cv-00750-AWI-GSA-PC <br><br> ORDER REQUIRING DEFENDANT JUAREZ TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED AGAINST HIM <br>(Doc. 20.) <br><br> ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY OF THIS ORDER ON DEFENDANT JUAREZ AT ADDRESS BELOW |

     Roberto M. Garcia, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 8, 2012, Plaintiff filed the Complaint commencing this action.  (Doc. 1.)

     This action now proceeds on the First Amended Complaint against sole defendant Matthew M. Juarez, Jr. ("Defendant") for use of excessive force in violation of the Eighth Amendment.  Defendant's response to Plaintiff's Amended Complaint was due on or before September 18, 2014.[1]  Fed. R. Civ. P. 12(a), 6(d).  (Doc. 26.)  To date, Defendant has not made an appearance or requested an extension of time.

---

[1] Defendant executed a Waiver of Service on October 13, 2014, which was filed with the Court by the United States Marshal on October 14, 2014.  (Doc. 26.)  The Waiver of Service indicates that "a judgment may be entered against [Defendant] if an answer or motion under Rule 12 is not filed within the U.S. District Court and served upon plaintiff within 60 days after 7/16/14."  (Id.)

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, defendant Matthew M. Juarez, Jr. shall show cause why default should not be entered against him;

2. To facilitate his ability to comply with this order, Defendant's obligation to respond to the Complaint is extended thirty days from the date of service of this order; and

3. The Clerk's Office shall serve a courtesy copy of this order on defendant Matthew M. Juarez, Jr. at Kern Valley State Prison, P.O. Box 3130, Delano, CA 93216-6000.

IT IS SO ORDERED.

Dated: __October 29, 2014__            _____/s/ Gary S. Austin_____
                                       UNITED STATES MAGISTRATE JUDGE