UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO M. GARCIA, JR.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW M. JUAREZ, JR., et al.,<br><br>　　　　Defendants. | 1:12-cv-00750-AWI-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**April 26, 2016 at 9:30 a.m.**<br>**Courtroom 10 (EPG)**<br><br>**Status Reports Due April 19, 2016** |

**PLEASE TAKE NOTICE**

　　This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on Tuesday, **April 26, 2016 at 9:30 a.m. in Courtroom 10 (EPG).** The parties shall be prepared to informally discuss discovery for this case. On or before **April 19, 2016**, the parties shall each file and serve a status report, not exceeding five pages, stating all outstanding discovery issues. The parties should not submit additional materials or argument in advance of the status conference. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

　　Dated:　__**March 28, 2016**__　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE