UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. GARCIA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW M. JUAREZ, JR., <br><br> Defendant. | 1:12-cv-00750-EPG-PC <br><br> ORDER GRANTING MOTION TO APPOINT COUNSEL <br> (ECF No. 67.) <br><br> ORDER APPOINTING LIMITED PURPOSE COUNSEL |

Plaintiff, Roberto M. Garcia, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On April 22, 2016, Plaintiff filed a motion for appointment of counsel. (ECF No. 67.) The Court finds that the appointment of counsel for Plaintiff is warranted for limited purposes.

Counsel shall be appointed to assist Plaintiff to bring a motion to compel responses and documents from the CDCR that the CDCR has claimed are privileged. Plaintiff was granted leave to file a motion to compel for this purpose, "with explanation in the motion to compel why Plaintiff needs those documents and which documents Plaintiff believes are not privileged." (ECF No. 71 at 3 ¶C.)

Counsel shall also be appointed to assist Plaintiff with preparing for and participating in the settlement conference scheduled for August 16, 2016.

Michael G. McKneely has been selected from the Court's *pro bono* attorney panel to represent Plaintiff for these limited purposes and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Michael G. McKneely is appointed as limited purpose counsel in the above entitled matter;

2. This appointment is for the limited purpose of (1) assisting Plaintiff to bring a motion to compel responses and documents from the CDCR that the CDCR has claimed are privileged; and (2) assisting Plaintiff with preparing for and participating in the August 16, 2016 settlement conference;

3. Michael G. McKneely is not obligated to assist with or participate in any other aspect of this case, unless by a further order of the Court;

4. Michael G. McKneely's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference, unless a further appointment is approved by the Court before that time;

5. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment; and

6. The Clerk of the Court is directed to serve a copy of this order upon Michael G. McKneely, Law Office of Michael G. McKneely, 334 W. Shaw Ave., Suite A, Fresno, California 93704.

IT IS SO ORDERED.

Dated:   **May 24, 2016**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE