UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO M. GARCIA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW M. JUAREZ, JR., <br><br> Defendant. | 1:12-cv-00750-AWI-EPG (PC) <br><br> ORDER DIRECTING SERVICE OF SUBPOENA DUCES TECUM BY THE UNITED STATES MARSHAL **WITHIN TWENTY DAYS**, WITHOUT PREPAYMENT OF COSTS |

    This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Roberto M. Garcia, Jr., a state prisoner proceeding with limited purpose counsel[1] and *in forma pauperis*. On June 23, 2016, the Court issued an order granting Plaintiff's motion for the issuance of a subpoena and providing the requisite notice to the parties that the Court intended, after fifteen days, to issue the subpoena and direct the United States Marshals Service to effect personal service. Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d).  (ECF No. 81.)

---

[1] On May 25, 2016, the Court appointed Michael G. McKneely as counsel for Plaintiff for the limited purpose of (1) assisting Plaintiff to bring a motion to compel responses and documents from the CDCR that the CDCR has claimed are privileged; and (2) assisting Plaintiff with preparing for and participating in the August 16, 2016 settlement conference. (ECF No. 76.)

1

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshals Service:

    a. One (1) completed and issued subpoena *duces tecum* to be served on:

    **AGENT M. DUNLOP**
    **OFFICE OF INTERNAL AFFAIRS**
    **5100 Young St., Bldg. B, #160-A**
    **Bakersfield, CA 93311**

    b. One (1) completed USM-285 form; and

    c. Two (2) copies of this order, one to accompany the subpoena and one for the Marshals Service.

2. Within **TWENTY (20) DAYS** from the date of this order, the Marshals Service is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

4. The Marshals Service SHALL effect **personal service** of the subpoena, along with a copy of this order, upon the entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

5. Within **TEN (10) DAYS** after personal service is effected, the Marshals Service SHALL file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:  **July 21, 2016**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE