# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO M. GARCIA, JR., <br><br>    Plaintiff, <br><br>    vs. <br><br> MATTHEW M. JUAREZ, JR., et al., <br><br>    Defendants. | 1:12-cv-00750-AWI-EPG-PC <br><br> NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN <br><br> **October 6, 2016 at 2:00 p.m.** <br> **Courtroom 10 (EPG)** <br><br> **Status Reports Due September 29, 2016** |

### PLEASE TAKE NOTICE

This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on **Thursday, October 6, 2016 at 2:00 p.m. in Courtroom 10 (EPG).** The parties shall be prepared to informally discuss discovery for this case. On or before **September 29, 2016**, the parties shall each file and serve a status report, not exceeding five pages, stating all outstanding discovery issues. The parties should not submit additional materials or argument in advance of the status conference.

To join the conference, each party is directed to call the toll-free telephone number **(888) 251-2909** and use Access Code **1024453**, at **2:00 p.m. on October 6, 2016.**

IT IS SO ORDERED.

Dated: __August 18, 2016__                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE