# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO M. GARCIA, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW M. JUAREZ, JR. AND<br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br><br>　　　　　Defendants. | 1:12-cv-00750-AWI-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION FOR DOCUMENTS<br>(ECF NO. 102) |

Roberto M. Garcia, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 19, 2016, Plaintiff filed what the Court construes as a request for a copy of docketed documents.  (ECF No. 102).  According to Plaintiff, it has been almost two months since he has received any documents or notices from the Court.

Upon review of the docket, it appears that Plaintiff stopped being served with documents once the Court granted Plaintiff's motion to appoint counsel (ECF No. 76).  However, Plaintiff's Counsel was only appointed for the limited purpose of (1) assisting Plaintiff to bring a motion to compel responses and documents from the CDCR that the CDCR has claimed are privileged; and (2) assisting Plaintiff with preparing for and participating in the August

16, 2016 settlement conference.  Id.  Plaintiff's Counsel was not obligated to assist with or participate in any other aspect of the case.  Id.  So, it appears that Plaintiff should never have stopped receiving copies of the documents that were being filed in his case.

Accordingly, IT IS ORDERED that the Clerk of Court is directed to send Plaintiff a copy of every document that has been filed in this case since May 25, 2016 (ECF Nos. 76-102).

IT IS SO ORDERED.

Dated:   **September 29, 2016**                     /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE