UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO M. GARCIA, JR., | 1:12-cv-00750-AWI-EPG (PC) |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL (ECF NO. 98) |
| MATTHEW M. JUAREZ, JR., | |
| Defendant. | |

Roberto M. Garcia, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On September 6, 2016, Plaintiff filed a "Request for Extention [sic] of Appointment of Councel [sic] and Proposal." (ECF No. 98). While the Court will not extend the appointment of the counsel who was appointed to represent Plaintiff for the limited purpose of (1) assisting Plaintiff to bring a motion to compel responses and documents from the CDCR that the CDCR has claimed are privileged; and (2) assisting Plaintiff with preparing for and participating in the August 16, 2016 settlement conference (ECF No. 76), the Court finds that the appointment of counsel for Plaintiff is warranted.

Brian C. McComas has been selected from the Eastern District of California's Pro Bono Panel Civil Rights Panel to represent Plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Brian C. McComas is appointed as counsel in the above entitled matter.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order on Brian C. McComas, Law Office of B. C. McComas, 77 Van Ness Ave., Suite 101, PMB 1605, San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: __October 19, 2016__            /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE