UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO M. GARCIA, JR., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW M. JUAREZ, JR., <br><br> Defendant. | 1:12-cv-00750-AWI-EPG (PC) <br><br> ORDER FOR OFFICE OF THE ATTORNEY GENERAL TO ADDRESS PLAINTIFF'S STATUS REPORT <br> (ECF NO. 111) <br><br> 14-DAY DEADLINE |

  Roberto Garcia ("Plaintiff") is a prisoner proceeding *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on August 5, 2016. (ECF No. 1). This case now proceeds on the First Amended Complaint, filed on June 14, 2013, against defendant Sergeant Matthew M. Juarez, Jr. ("Defendant") for excessive force.

  On October 18, 2016, Plaintiff filed a status report, which alleges that the California Department of Corrections and Rehabilitation ("CDCR") has not produced all of the documents it has been ordered to produce in this case. (ECF No. 111).

\\\

\\\

1

Accordingly, IT IS HEREBY ORDERED that within fourteen (14) days from the date of service of this order the Office of the Attorney General shall address the allegations in Plaintiff's status report regarding CDCR's document production in this case.

IT IS SO ORDERED.

Dated:   **October 19, 2016**                         /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE