IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA,

FRESNO DIVISION

ROBERTO M. GARCIA, JR.,

    Plaintiff,

    v.

MATTHEW M. JUAREZ, JR.,

    Defendant.

Case No: 1:12-cv-00750-AWI-EPG (PC)

**ORDER GRANTING IN PART PLAINTIFF'S UNOPPOSED INITIAL EX PARTE APPLICATION TO AMEND THE ORDER SCHEDULING EXPERT WITNESS DISCLOSURES**

    The Court has reviewed and considered Plaintiff's application to amend the order scheduling expert witness disclosures, as well as the supporting memorandum of points and authorities and declaration of counsel.

    The Court ordered the parties to submit expert witness disclosures no later than November 23, 2016, and expert witness rebuttals no later than December 23, 2016. The Pretrial Conference is set for January 18, 2017. The present application seeks an additional 30 days, until December 23, 2016, and January 22, 2017, for the parties to submit expert witness disclosures and expert witness rebuttals, respectively.

    Good cause appearing, it is ORDERED that Plaintiff's application for amendment of the order scheduling expert witness disclosures is GRANTED IN PART. As the expert witness disclosures and expert witness rebuttals need to be submitted before the Pretrial Conference,

the parties have until December 16, 2016, and January 16, 2017, to submit expert witness disclosures and expert witness rebuttals, respectively.

All other dates shall remain as previously ordered.

IT IS SO ORDERED.

Dated:   **November 18, 2016**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE