IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Roberto Garcia

Plaintiff(s)

vs.

Matthew Juarez, Jr.

Defendants.

No. 1:12-cv-00750-AWI-EPG-PC

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Brian C. McComas, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on October 19, 2016, by the Honorable Magistrate Judge Erica Grosjean, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Please see the attached declaration of counsel in support of plaintiff's intitial request for authority to incur legal and invesetigative costs and request for payment (December 16, 2016).

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 4,202.50.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:12-cv-00750-AWI-EPG-PC

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $3500 | Expert Witness Initial Services | NA |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16 day of December, 20 16, at San Francisco, California.

_[signature]_
Attorney for Plaintiff(s)

The above expenditure is _____ Approved _____ Denied __EPG__ Approved in Part

Or, The Court approves all of the expenses, except the expense for hiring a private investigator. Accordingly, the Court approves expenses in the amount of $2,702.50.
_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 12/21/16

_E. P. [signature]_
United States District Judge/Magistrate Judge