UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROBERTO GARCIA JR., <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW JUAREZ, JR. <br><br> Defendant. | Case No. 1:12-cv-00750-AWI-EPG-PC <br><br> **ORDER RE: STIPULATED PROTECTIVE AGREEMENT (DOC #134)** |

The Court has received the Stipulated Protective Agreement (Doc #134) entered into by the PLAINTIFF and the CALIFORNIA ATTORNEY GENERAL'S OFFICE concerning the use of photos of Kern Valley State Prison in the above referenced matter. Having reviewed the stipulated protective agreement, the COURT ORDERS that the photos shall be used, maintained, and ultimately destroyed pursuant to its terms.

IT IS SO ORDERED.

Dated:   January 17, 2017                                                                

                                                SENIOR  DISTRICT  JUDGE