# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERTO GARCIA JR.,** | **CASE NO. 1:12-CV-0750 AWI EPG PC** |
| **Plaintiff** | **ORDER RE: NOTICE OF TENTATIVE SETTLEMENT** |
| **v.** | |
| **MATTHEW JUAREZ JR.,** | |
| **Defendant** | |

Plaintiff has filed a notice of tentative settlement. Doc. 141. Plaintiff represents that the settlement can be finalized within 21 days. Pursuant to Local Rule 160(b), it is ordered that all necessary dispositional documents must be filed by 4:00 PM on February 16, 2017. The trial date of March 28, 2017 and all associated hearings and deadlines are vacated.

IT IS SO ORDERED.

Dated:  January 30, 2017                    _____
                                                          SENIOR DISTRICT JUDGE