UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO M. GARCIA, JR., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW M. JUAREZ, JR., <br><br> Defendant. | 1:12-cv-00750-AWI-EPG (PC) <br><br> ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST FOR SCHEDULING OF A SETTLEMENT CONFERENCE AND STAY OF THE ACTION PENDING SETTLEMENT CONFERENCE <br> (ECF NO. 146) <br><br> Settlement Conference: April 10, 2017 <br> Time: 2:00 p.m. <br> Courtroom 7 (SKO) |

Roberto M. Garcia, Jr. ("Plaintiff") is a former state prisoner proceeding *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983. On January 26, 2017, Plaintiff filed a notice of tentative settlement. (ECF No. 141). Because of this tentative settlement, on January 30, 2017, District Judge Anthony W. Ishii vacated all hearings and deadlines, and gave the parties until 4:00 PM on February 16, 2017, to file the necessary dispositional documents. (ECF No. 142).

On February 13, 2017, Plaintiff filed his initial *ex parte* application to amend the order scheduling the filing of the notice of dismissal ("the Application"). (ECF No. 143). Plaintiff asked for an additional 21 days, up to and including March 9, 2017, to file the dispositional documents. The Court granted this request. (ECF No. 144).

On March 6, 2017, Plaintiff filed an unopposed request for scheduling of a settlement conference and stay of the action pending settlement conference (ECF No. 146), which is now before the Court.

According to Plaintiff, the parties have reached a standstill in negotiations, but believe that a settlement conference may be beneficial. Plaintiff asks the Court to set a settlement conference, and for a stay of the proceedings until after the settlement conference.

The Court will schedule a settlement conference for **April 10, 2017, at 2:00 p.m.** in Courtroom 7 before Magistrate Judge Sheila K. Oberto, and stay all of the deadlines in the action until the settlement conference concludes. An order will follow setting the procedures for the settlement conference. If the case does not settle at the settlement conference the Court will set a telephonic scheduling conference to set a new schedule for the case, including a trial as quickly as fitting with the Court's calendar.

Based on the foregoing, IT IS HEREBY ORDERED THAT:

1. Plaintiff's unopposed request for scheduling of a settlement conference and stay of the action pending settlement conference is GRANTED;
2. A settlement conference will be held on **April 10, 2017, at 2:00 p.m.** in Courtroom 7 before Magistrate Judge Sheila K. Oberto; and
3. All deadlines in this action are stayed until the settlement conference concludes. If the case does not settle at the settlement conference the Court will set a telephonic scheduling conference to set a new schedule for this case.

IT IS SO ORDERED.

Dated:     **March 7, 2017**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE