# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO M. GARCIA, JR., | Case No. 1:12-cv-00750-AWI-EPG |
| Plaintiff, | **ORDER VACATING MINUTES DOCKET ENTRY** |
| v. | **(Doc. 154)** |
| MATTHEW M. JUAREZ, JR., et al., | |
| Defendants. | |

On April 24, 2017, the undersigned held a settlement conference in this matter. Following this conference, minutes were entered on the docket for this case that state, in pertinent part, this case was "not settled" (the "Minutes"). (Doc. 153.) On the same date, Defendant Juarez filed a Request for Clarification Regarding Judge Oberto's Minutes Concerning Settlement Conference (the "Request"), in which Defendant Juarez states that the Minutes "might be misinterpreted to suggest that the court was opining on whether or not an enforceable settlement agreement exists." (Doc. 154.)

The undersigned takes no position as to whether an enforceable settlement agreement exists in this case. The undersigned also concurs with Defendant Juarez's statement that the Minutes may be interpreted as indicating that the undersigned holds a contrary position.

//

//

Accordingly, the undersigned VACATES the Minutes. (Doc. 153.)

IT IS SO ORDERED.

Dated: **April 25, 2017**                          /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE