**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERTO M. GARCIA, JR.,** | **CASE NO. 1:12-CV-0750 AWI EPG (PC)** |
| **Plaintiff** | |
| **v.** | **ORDER STRIKING AND SEALING DOCUMENTS** |
| **MATTHEW M. JUAREZ, JR.,** | |
| **Defendant** | (Doc. No. 162) |

On May 10, 2017, Defendant filed a motion to enforce settlement agreement. <u>See</u> Doc. No. 161. As part of the filing, Defendant identified Plaintiff's counsel's social security number.

On May 15, 2017, Plaintiff's counsel filed a motion to strike the portions of Defendant's motion that listed the social security number. <u>See</u> Doc. No. 162. The same day, Defendant filed a notice of non-opposition.

Given the submissions of the parties, it is appropriate to grant the motion to strike.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's motion to strike (Doc. No. 162) is GRANTED and Documents 161-2 and Documents 161-5 are STRICKEN;

2.    The Clerk shall IMMEDIATELY SEAL Documents 161-2 and 161-5; and

3.    As soon as possible, but no later than two (2) days from the date of service of this order, Defendant shall file appropriately redacted versions of Documents 161-2 and 161-5.

IT IS SO ORDERED.

Dated:   May 15, 2017                       _____

                                         SENIOR  DISTRICT  JUDGE