# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO M. GARCIA, JR.,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW M. JUAREZ, JR.,<br><br>Defendant. | 1:12-cv-00750-AWI-EPG (PC)<br><br>ORDER GRANTING IN PART DEFENDANT JUAREZ'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO COMPLETE EXPERT DISCOVERY AND SUBMIT JOINT PRETRIAL STATEMENT<br>(ECF NO. 173) |

Roberto M. Garcia, Jr. ("Plaintiff") is a former state prisoner proceeding *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983. On June 20, 2017, Defendant filed an ex parte application for extension of time to complete expert discovery and submit joint pretrial statement ("the Application"). (ECF No. 173). Defendant asks that the Court continue all deadlines because a pending motion to enforce a settlement agreement could resolve this case. Plaintiff filed a response, stating that he takes no position on the Application. (ECF No. 174).

The Court will grant the Application in part. The deadline for the parties to file a joint pretrial statement will be extended to July 5, 2017, and the pretrial conference will be continued to July 11, 2017, at 10:00 a.m. The trial date (August 29, 2017, at 8:30 a.m.) and the expert discovery cutoff date (June 30, 2017) remain the same. The Court has already postponed the trial once, and will not do so again absent extraordinary circumstances. If the parties wish to extend the deadline for expert discovery, they can do so by stipulation.

Accordingly, based on the foregoing, IT IS ORDERED THAT:

1. The Application is granted in part;
2. The deadline for the parties to file a joint pretrial statement is July 5, 2017;
3. The pretrial conference is continued to July 11, 2017, at 10:00 a.m.; and

\\\

4. All other deadlines remain the same. If the parties wish to extend the deadline for expert discovery, they can do so by stipulation.

IT IS SO ORDERED.

Dated: **June 21, 2017**   /s/ Elvin P. Grosjean
UNITED STATES MAGISTRATE JUDGE