IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO M. GARCIA, JR.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW M. JUAREZ, JR.,<br><br>　　　　　　　　Defendant. | Case No. 1:12-cv-00750-AWI-EPG (PC)<br><br>ORDER DENYING DEFENDANT JUAREZ'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO COMPLETE PRE-MARKING OF TRIAL EXHIBITS<br><br>(ECF NO. 186) |

　　On August 4, 2017, Defendant filed an ex parte application for an extension of time to complete pre-marking of trial exhibits ("the Application"). (ECF No. 186). Defendant asks that the deadline for pre-marking exhibits be extended to a date after the Court has ruled on motions in limine.

　　Defendant's motion will be denied. It is Judge Anthony W. Ishii's general practice to require pre-marking of exhibits before the hearing on motions in limine, and Defendant has not shown why the Court should deviate from this practice.

　　Accordingly, based on the forgoing, IT IS ORDERED that the Application is DENIED.
IT IS SO ORDERED.

Dated: **August 8, 2017**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1