UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO M. GARCIA, JR.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW M. JUAREZ, JR.,<br><br>　　　　　Defendant. | Case No. 1:12-cv-00750-AWI-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NO. 203) |

On September 6, 2017, the parties filed a joint stipulation dismissing this action with prejudice. (ECF No. 203). In light of this stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**September 7, 2017**__　　　　　　　／s／ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1